# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RHONDA HENDERSON; ROBERTA FAULKS; and RACHEL CHURCH, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>VISION PROPERTY MANAGEMENT, LLC; VPM HOLDINGS, LLC; FTE NETWORKS, INC.; US HOME RENTALS, LLC; KAJA HOLDINGS, LLC; KAJA HOLDINGS 2, LLC; MI SEVEN, LLC; IN SEVEN, LLC; RVFM 4 SERIES, LLC; ACM VISION V, LLC; ACP ROADMASTER, LLC; ACP NASH, LLC; ACP MP INVESTMENTS, LLC; DSV SPV 1, LLC; DSV SPV 2, LLC; DSV SPV 3, LLC; BOOM SC; ALAN INVESTMENTS III, LLC; ARNOSA GROUP LLC; ARNOSA HOMES LLC; MOM HAVEN 13, LP; ATALAYA CAPITAL MANAGEMENT LP; ANTONI SZKARADEK;AND ALEX SZKARADEK,<br><br>　　Defendants. | Case No.2:20-12649—SFC-RSW<br><br>Hon. Sean F. Cox<br><br>Maj. R. Steven Whalen<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Coty Montag as an attorney for the plaintiffs in the above-captioned case.

Respectfully submitted,

*/s/ Coty Montag*
Coty Montag
NAACP Legal Defense and
 Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Tel.: (202) 682-1300
cmontag@naacpldf.org