UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rhonda Henderson, et al.,

            Plaintiff(s),

v.                                        Case No. 2:20−cv−12649−SFC−RSW
                                              Hon. Sean F. Cox

Vision Property Management,
LLC, et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Alex Szkaradek

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                    DAVID J. WEAVER, CLERK OF COURT

                                    By: s/ S Osorio
                                          Deputy Clerk

Dated:   December 16, 2020