# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RHONDA HENDERSON;
ROBERT FAULKS; and RACHEL
CHURCH, on behalf of themselves
and all others similarly situated,

        Plaintiff (s),

v.

VISION PROPERTY MANAGEMENT, LLC;
VPM HOLDINGS, LLC; FTE NETWORKS, INC.;
US HOME RENTALS, LLC; KAJA HOLDINGS, LLC;
KAJA HOLDINGS 2, LLC; MI SEVEN, LLC;
IN SEVEN, LLC; ACP ROADMASTER, LLC;
ACP NASH, LLC; ACP MP INVESTMENTS, LLC;
DSV SPV 1, LLC; DSV SPV 2, LLC; DSV SPV 3, LLC;
BOOM SC; ALAN INVESTMENT III, LLC;
ARNOSA GROUP, LLC; ARNOSA HOMES, LLC;
MOM HAVEN 13, LP; ATALAYA CAPITAL
MANAGEMENT LP; ANTONI SZKARADEK; and
ALEX SZKARADEK,

        Defendant(s).

Case No: 2:20-cv-12649-SFC-RSW

Hon. Sean F. Cox

Magistrate R. Steven Whalen

**APPEARANCE OF COUNSEL**

Please enter the appearance of Mary C. Aretha as attorney for Defendants, FTE NETWORKS, INC., US HOME RENTALS, LLC, KAJA HOLDINGS, LLC, KAJA HOLDINGS 2, LLC, MI SEVEN, LLC, IN SEVEN, LLC, RVFM 4 SERIES, LLC, DSV SPV 1, LLC, DSV SPV 2, LLC, DSV SPV 3, LLC, BOOM SC, and ALAN INVESTMENTS III, LLC, in the above-entitled cause of action.

        Respectfully submitted,

        */s/ Mary C. Aretha*
        Mary C. Aretha (P78825)
        Collins Einhorn Farrell PC
        4000 Town Center, 9th Floor
        Southfield, Michigan 48075
        Phone: (248) 355-4141
        E-Mail: *Mary.Aretha@ceflawyers.com*
        *Counsel for Defendants FTE Networks, Inc., US Home Rentals, LLC, Kaja Holdings, LLC, Kaja Holdings 2, LLC, MI Seven, LLC, NI Seven, LLC, RVFM 4 Series, LLC, DSV SPV 1, LLC, DSV SPV 2, LLC, DSV SPV 3, LLC, Boom SC & Alan Investments III, LLC*

Dated: October 6, 2021

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 6, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to *all ECF participants*.

*/s/ Mary C. Aretha*
Mary C. Aretha (P78825)
Collins Einhorn Farrell PC
4000 Town Center, 9th Floor
Southfield, Michigan 48075
Phone: (248) 355-4141
E-Mail: *mary.aretha@ceflawyers.com*
