Case 4:20-cv-12649-SDK-RSW ECF No. 109, PageID.692 Filed 10/06/21 Page 1 of 1

MIED (Rev 6/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Henderson, et al

                Plaintiff(s),                Case No. 20-cv-12649-SFC-RSW

v.

Vision Property Management, LLC, et al

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, FTE Networks, Inc. _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: October 6, 2021                /s/ Mary C. Aretha

                                            P78825
                                            4000 Town Center, 9th Floor
                                            Southfield, MI 48075
                                            (248) 355-4141
                                            mary.aretha@ceflawyers.com