UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Henderson, et al

              Plaintiff(s),              Case No. 20-cv-12649-SFC-RSW

v.                                                   Sean F. Cox

Vision Property Management, LLC, et al

              Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Alan Investments, III, LLC**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [✔]     No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: FTE Networks, Inc.
   Relationship with Named Party: Corporate Affiliate

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]     No [✔]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 6, 2021                      /s/ Mary C. Aretha

                                                          P78825
                                                          4000 Town Center, 9th Floor
                                                          Southfield, MI 48075
                                                          (248) 355-4141
                                                          mary.aretha@ceflawyers.com